FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CX-0335
(Inmate Number)

Louis Johnson
(Name of Plaintiff)

P.O. Box 1000
Houtzdale, PA 16698-1000
(Address of Plaintiff)

vs.

Richard J. Manning, Jr.,

Director, York Comm. Corr. Center

(Names of Defendants)

1:CV01-0716
(Case Number)

COMPLAINT

FILED
SCRANTON

APR 2 4 2001

PER _____ LMT
DEPUTY CLERK

I. Previous Lawsuits

  A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:
  n/a

II. Exhaustion of Administrative Remedies

  A. Is there a grievance procedure available at your institution?
  _x_ Yes ___ No

  B. Have you filed a grievance concerning the facts relating to this complaint?
  ___ Yes _x_ No

  If your answer is no, explain why not  The incident surrounding my complaint did not occur at this institution/time for filing grievance expired

  C. Is the grievance process completed? _x_ Yes ___ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant __Richard J. Manning, Jr.__ is employed as __Director__ at __York Community Corrections Center__

B. Additional defendants _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. While I was a resident at the York Community Corrections Center I was employed with my paycheck being turned over to the Center for deposit into my Resident Account there. Richard J. Manning, Jr. as Director of the Center controls and authorizes all funds going into or going out of all Resident Accounts.

2. Upon leaving the Center and returning to SCI-Houtsdale due to a violation of the rules, Mr. Manning turned all the money I had in my account ($715.20) over to the Lancaster County Treasurer for payment of fines, costs and restitution. The actions Mr. Manning took violated my constitutional right to "due process" and "equal protection under the law".

3. _____

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1.  Compensatory damage award in the amount of $715.20.

    Punitive damage award in the amount of $50,000.

    Declaratory Judgement stating that Defendant's actions violated my Constitutional Rights to Due Process and Equal Protection

2.  Any other relief this Court deems just and fair.

3.  

Signed this 10TH day of APRIL, 2001.

_Louis Johnson_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

_____          _____
(Date)                          (Signature of Plaintiff)