**Jeffrey A. Beard, Ph.D.**
Secretary



**John M. McCullough**
Superintendent

**Pennsylvania Department of Corrections**
**State Correctional Institution at Houtzdale**
PO Box 1000
Houtzdale PA 16698-1000

**Henry A. Tatum**
Deputy Superintendent for
Facilities Management

PHONE: (814) 378-1000   FAX: (814) 378-1030

**George N. Patrick**
Deputy Superintendent for
Centralized Services

May 16, 2001

Clerk of Courts
PO Box 1148
Scranton, PA  18501

Dear Sirs:

Please find enclosed $6.85 initial payment on legal costs incurred on civil action #1:01-cv-00716 for inmate Louis Johnson #CX-0335. The balance after payment will be $143.15.

If you have any questions please feel free to contact me at 814-378-1000 Extension 1720.

Sincerely,

Christine H. Afton
Accounting Assistant
Inmate Accounts