

**Jeffrey A. Beard, Ph.D.**
Secretary

**John M. McCullough**
Superintendent

6-19-01

**Pennsylvania Department of Corrections**
**State Correctional Institution at Houtzdale**
PO Box 1000
Houtzdale PA 16698-1000

PHONE: (814) 378-1000   FAX: (814) 378-1030

**Henry A. Tatum**
Deputy Superintendent for
Facilities Management

**George N. Patrick**
Deputy Superintendent for
Centralized Services

June 14, 2001

Clerk of Courts
PO Box 1148
Scranton, PA  18501

Dear Sirs:

Please find enclosed $10.53 an installment on legal costs incurred on civil action #1:01-cv-00716 for inmate Louis Johnson #CX-0335.  The balance after payment will be $132.62.

If you have any questions please feel free to contact me at 814-378-1000 Extension 1720.

Sincerely,

Christine Afton

Christine H. Afton
Accounting Assistant
Inmate Accounts

cha
enclosure

Tue Jun 19 13:16:30 2001

UNITED STATES DISTRICT COURT
SCRANTON    , PA
Receipt No.  333 84093
Cashier          rich
Tender Type CHECK
Check Number: 48742
Transaction Type AR
DA Code    Div No    Acct
4667         3        5100PL
Amount     $    10.53
LOUIS JOHNSON  SCI-HOUTZDALE
HOUTZDALE, PA 16698
PARTIAL FILING FEE - CV-01-0716

cn
Tue Jun 19 13:16:30 2001

Check No. 48742
Amount    10.53
Pay any Federal Reserve Bank or
General Depository in: credit to
United States Treasury Symbol 4667